PROB 12C
(7/93)

Report Date: June 28, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 29 2011

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy J. Sadlier          Case Number: 2:10CR06025-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 02/17/2011

| | | |
|---|---|---|
| Original Offense: | Fail to Register; 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 314 Days;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: 04/17/2011 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: 04/16/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number**     **Nature of Noncompliance**

1     **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: Mr. Sadlier is considered in violation of his conditions of supervised release by failing to comply with the rules and requirements of the residential reentry center (RRC).

On June 24, 2011, the undersigned officer was contact by the RRC director, Lori Morrow, and advised that due to Mr. Sadlier's continued violations of program rules (12 since his arrival) he was being unsuccessfully discharged from the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

Prob12C
Re: Sadlier, Timothy J.
June 28, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/28/2011

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/29/11
Date