PROB 12C
(7/93)

Report Date: September 28, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 1 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy J. Sadlier                Case Number: 2:10CR06025-001

Address of Offender:                Spokane, WA  99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: 2/17/2011

| | | |
|---|---|---|
| Original Offense: | Fail to Register, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 314 Days;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: 2/24/2012 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: 6/23/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.<br><br>**Supporting Evidence:** On September 19, 2012, the undersigned officer spoke with Mr. Sadlier on the telephone and directed him to report to the U.S. Probation Office on September 21, 2012. Mr. Sadlier failed reported as directed.<br><br>On September 25, 2012, the undersigned officer attempted to make contact with Mr. Sadlier at his listed residence. There was no answer at the door. The undersigned officer left a card in Mr. Sadlier's door directing him to report to the U.S. Probation Office on September 26, 2012. Mr. Sadlier failed to report. |
| 2 | **Special Condition # 20:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** Mr. Sadlier has failed to abstain from the use of illegal controlled substances. On September 21, 2012, the undersigned officer received confirmation from Alere Toxicology Services that Mr. Sadlier's urine sample, taken on September 11, 2012, tested positive for methamphetamine. |

Prob12C
Re: Sadlier, Timothy J.
September 28, 2012
Page 2

Mr. Sadlier has also failed to comply with his scheduled drug testing requirements. Mr. Sadlier failed to submit to urine testing on September 21, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/28/2012

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 28, 2012
Date