PROB 12C
(7/93)

Report Date:  December 5, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy J. Sadlier     Case Number:  2:10CR06025-001

Address of Offender:                    Spokane, WA  99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief  U. S. District Judge

Date of Original Sentence:  February 17, 2011

Original Offense:     Fail to Register, 18 U.S.C. § 2250(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 314 Days;<br>TSR - 36 Months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: February 24, 2012 | |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: June 23, 2014 | |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on September 28, 2012.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.<br><br>**Supporting Evidence**: On November 7, 2012, the undersigned officer was notified that Mr. Sadlier was arrested in the Eastern District of California on an outstanding Federal warrant. Mr. Sadlier did not obtain prior approval to leave the Eastern District of Washington from his U.S. probation officer or the Court. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     12/5/2012
_____

s/Patrick J. Dennis
_____

U.S. Probation Officer

Prob12C

**Re:  Sadlier, Timothy J.**
**December 5, 2012**
**Page 2**

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[X]  The incorporation of the violation contained in this
      petition with the other violations pending before the
      Court.
[  ]  Other

_____
Signature of Judicial Officer

_____
Date