PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Timothy J. Sadlier         Case Number: 0980 2:10CR06025-001

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson

Date of Original Sentence: February 17, 2011         Type of Supervision: Supervised Release

Original Offense: Fail to Register, 18 U.S.C. § 2250(a)         Date Supervision Commenced: October 30, 2013

Original Sentence: Prison - 314 D; TSR - 36 M         Date Supervision Expires: February 28, 2015

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

That the following condition imposed by the Court at sentencing be removed.

22    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

## CAUSE

The defendant was denied entry in to the RRC in Spokane until at least January 2014, by the Bureau of Prisons due to limited bed space. The defendant is currently living with his parents in Richland, Washington, and is participating in chemical dependency and mental health treatment. As the defendant's housing and treatment

needs are being addressed, there is no longer a need for entry into an RRC setting. It would be respectfully requested that the above-noted condition be removed.

Respectfully submitted,

by   s/David L. McCary

David L. McCary
U.S. Probation Officer
Date: November 21, 2013

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

11/21/13
Date