PROB 12C
(7/93)

Report Date: October 14, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy J. Sadlier          Case Number: 0980 2:10CR06025-001

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: February 17, 2011

Original Offense:      Fail to Register, 18 U.S.C. § 2250(a)

Original Sentence:     Prison 314 days;          Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Matthew F. Duggan         Date Supervision Commenced: October 30, 2013

Defense Attorney:      Diane E. Hehir            Date Supervision Expires: February 28, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Timothy Sadlier is considered to be in violation of his period of supervised release by absconding from supervision on or prior to October 9, 2014.<br><br>On October 9, 2014, the defendant's mother called and advised the defendant had not returned home for several days. It was also noted the defendant had taken personal items in a bag when he left. Attempts were made to contact the defendant by phone but all voice mails were unreturned. At this time, the defendant's whereabouts are unknown. The defendant did not advise of any change to his address. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**:  Timothy Sadlier is considered to be in violation of his period of supervised release by using a controlled substance, methamphetamine, on or prior to October 6, 2014. |

The defendant reported for his scheduled office visit on October 6, 2014. He initially filled out his monthly report, laid it on the counter, and left the building without making contact with this officer. The defendant was contacted by phone and directed to return. During the office visit, a random urinalysis was collected. The sample returned presumptive positive for the presence of amphetamine. The defendant denied any use of controlled substances so the sample was sent for laboratory confirmation.

On October 9, 2014, the sample was confirmed positive for the presence of methamphetamine.

3    **Special Condition # 15**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: Timothy Sadlier is considered to be in violation of his period of supervised release by failing to report for mental health treatment on October 9, 2014.

After the defendant failed to report for his scheduled treatment session, the provider attempted to contact the defendant by phone but he did not return the call. At this point, the defendant is not in compliance with his mental health treatment.

4    **Standard Condition # 1:** The defendant shall no leave the judicial district without the permission of the Court or probation officer.

**Supporting Evidence:** Timothy Sadlier is considered to be in violation of his period of supervised release by entering the District of Oregon without permission.

On October 13, 2014, the defendant was contacted by an officer with the Coos Bay Oregon Police Department. The defendant was contacted under a bridge with several transients. The defendant advised the officer he was on vacation. The defendant was released as there were no wants or warrants at the time.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/14/2014

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
Re: Sadlier, Timothy J.
October 14, 2014
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/14/2014

Date